**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division**

John Adamidis

                     Plaintiff,

v.                                            Case No.: 1:19−cv−07652

                                                 Honorable Manish S. Shah

Cook County, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 10, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Defendant Cook County's Motion for Entry of Order in Lieu of Answer [16] is granted. Enter Order. No appearance on the motion is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.